UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-60597 COHN/SELTZER

LISA KOWALSKI, a Florida resident,

    Plaintiff/Counterdefendant/
    Crossclaim defendant,

v.

JACKSON NATIONAL LIFE INSURANCE
COMPANY, a Michigan corporation,

    Defendant/Counterplaintiff/
    Third-Party Plaintiff/
    Crossclaim Plaintiff,

v.

BARBARA WILSON AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
FLORENCE P. KOWALSKI,

    Third-Party Defendant/
    Crossclaim-defendant.
_____/

**DEFENDANT JACKSON NATIONAL LIFE INSURANCE COMPANY'S
OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68,
FLA. STAT. SEC. 768.79 AND FLA. R. CIV. P. 1.442**

**To:**  **Counsel for Plaintiff**
    Charles P. Randall, Esq.
    8000 North Federal Highway
    Suite 330
    Boca Raton, Florida 33487

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Section 768.79 of the Florida Statutes, and Rule 1.442 of the Florida Rules of Civil Procedure, Defendant JACKSON NATIONAL LIFE INSURANCE COMPANY ("Jackson") hereby makes an Offer of Judgment in the above-styled action (the "Lawsuit") to Plaintiff LISA KOWALSKI ("Plaintiff"):

1

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
New River Center • 200 East Las Olas Bou[...] erdale, FL 33301 • (954) 462-9500

EXHIBIT A

1.      This Offer of Judgment is intended to resolve all claims between Jackson and Plaintiff, which were raised in, or which could have been raised in the Lawsuit, including Plaintiff's breach of contract claim against Jackson and Jackson's claims against Plaintiff for fraudulent misrepresentation, negligent misrepresentation, indemnity, and unjust enrichment.

2.      This Offer of Judgment is not intended to resolve the disposition of the funds in the amount of $205,020.11 which Jackson deposited in the Court registry pursuant to the Court's Order dated January 28, 2013 [DE 79] (the "Interpleaded Fund"). The ultimate recipient of the Interpleaded Fund shall be decided by the Court and Jackson makes no claim to the Interpleaded Fund in the Lawsuit.

3.      The total amount of this Offer of Judgment to be paid on behalf of Jackson to Plaintiff is ONE THOUSAND DOLLARS AND 00/100 CENTS ($1,000.00) by check in a single lump sum payment within fourteen (14) business days of Jackson's receipt of Plaintiff's written acceptance of this Offer of Judgment and all information necessary to make payment, including a W-9 from Plaintiff. This amount is inclusive of all attorneys' fees, costs and interest sought in the Lawsuit or which could have been sought in the Lawsuit.

4.      There is no claim for, and thus no amount offered, for punitive damages.

5.      This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, §768.79, Fla. Stat. and Fla. R. Civ. P. 1.442 and is not to be construed either as an admission that the Jackson is liable in the Lawsuit or that Plaintiff has suffered any damage.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the original of the foregoing was furnished this 12th day of April, 2013, by e-mail, facsimile and first class United States mail to: Charles P. Randall, Esq., *Attorney for Plaintiff,* 8000 North Federal Highway, Suite 330, Boca Raton, Florida 33487, (561)

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
New River Center • 200 East Las Olas Boulevard, Suite 2100 • Ft. Lauderdale, FL 33301 • (954) 462-9500

750-7272, and chuck@cprattorney.com.

          Respectfully submitted,

          **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
          *Attorneys for Jackson National Life Insurance Company*
          200 East Las Olas Boulevard, Suite 2100
          Fort Lauderdale, Florida 33301
          Tel: (954) 462-9500
          Fax: (954) 462-9567
          email: taubin@stearnsweaver.com
                 fbridges@stearnsweaver.com

By: /s/ Farah Bridges
      THOMAS G. AUBIN, ESQUIRE
      Florida Bar No. 8060
      FARAH BRIDGES, ESQUIRE
      Florida Bar No. 56861

#2791304 v4

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
New River Center ▪ 200 East Las Olas Boulevard, Suite 2100 ▪ Ft. Lauderdale, FL 33301 ▪ (954) 462-9500