UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-60597 COHN/SELTZER

LISA KOWALSKI, a Florida resident,

    Plaintiff/Counterdefendant/
    Cross-claim defendant,

v.

JACKSON NATIONAL LIFE INSURANCE
COMPANY, a Michigan corporation,

    Defendant/Counterplaintiff/
    Third-Party Plaintiff/Cross-
    claim Plaintiff,

v.

BARBARA WILSON AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FLORENCE P. KOWALSKI,

    Third-Party Defendant.
_____/

**NOTICE OF FILING CORRECTED CERTIFICATION OF COUNSEL TO JACKSON'S VERIFIED MOTION FOR ATTORNEYS' FEES AND TO TAX COSTS [CMECF 220]**

Defendant Jackson National Life Insurance Company ("Jackson") hereby gives notice of filing the attached Corrected Certification of Counsel Pursuant to Local Rule 7.3 which is part of Jackson's Verified Motion for Attorneys' Fees and to Tax Costs [CMECF 220].  On December 3, counsel filed Jackson's Verified Motion for Attorneys' Fees and to Tax Costs ("Motion"), which inadvertently included an incorrect Certification of Counsel.  The statement in Jackson's Motion that an effort to confer "has been made" was in error; counsel for Jackson and Plaintiff have been making a continual effort to confer as to the issues since service of the draft Motion for Attorneys' Fees was served on Plaintiff's counsel on November 25, 2013.  The attached

Certificate accurately reflects the current status of Jackson's position and the parties' efforts to resolve the issues raised by the Motion.

| | |
|---|---|
| Dated: December 16, 2013<br>Fort Lauderdale, Florida | Respectfully submitted,<br><br>By: /s/ Farah Bridges<br>THOMAS G. AUBIN, ESQUIRE<br>Florida Bar No. 8060<br>E-mail: taubin@stearnsweaver.com<br>FARAH BRIDGES, ESQUIRE<br>Florida Bar No. 56861<br>E-mail: fbridges@stearnsweaver.com<br>**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>200 East Las Olas Boulevard, Suite 2100<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 462-9500 / Facsimile: (954) 462-9567<br>*Attorneys for Defendant, Jackson National Life Insurance Company* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified.

                                                            By: /s/ Farah Bridges
                                                                FARAH BRIDGES, ESQUIRE
                                                                Florida Bar No. 56861
                                                                E-mail: fbridges@stearnsweaver.com

CASE NO. 12-CV-60597 COHN/SELTZER

## **SERVICE LIST**

Charles P. Randall, Esq.
chuck@cprattorney.com
8000 North Federal Highway
Suite 330
Boca Raton, Florida 33487
Telephone:  (561) 750-5050
Facsimile:  (561) 750-7272
*Attorneys for Plaintiff, Lisa Kowalski*
**Service Via: CM/ECF**

Joshua A. Hajek, Esq.
Cohen & Grigsby, P.A.
JHajek@cohenlaw.com
9110 Strada Place, Suite 6200
Naples, Florida 34108
Telephone: (239) 444-1832
Direct Fax: (239) 213-4071
Firm Fax: (239) 390-1901
*Attorneys for Barbara Wilson as Personal Representative
of the Estate of Florence P. Kowalski*
**Service Via: CM/ECF**

CASE NO. 12-CV-60597 COHN/SELTZER

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.3**

Counsel for Jackson has fully reviewed the time records and supporting data and certifies that the motion is well grounded in fact and justified. Fla. Stat. Section 768.79(6), upon which this Motion is based, provides that the Motion for Attorneys' Fees be filed within 30 days after the entry of judgment. S.D. Fla. Local Rule 7.3 requires a Motion for Attorneys' Fees be filed within 60 days of the entry of final judgment and that the parties meet and confer within 21 days with respect to entitlement and amount of fees and costs. A draft of Jackson's Motion for Attorneys' Fees and proposed Bill of Costs were served on Plaintiff's counsel on November 25, 2013. To comply with both provisions, Jackson files its Motion for Attorneys' Fees pursuant to Fla. Stat. Section 769.79 and continues to confer with counsel for Plaintiff in an effort to resolve issues by agreement pursuant to Local Rule 7.3. Jackson will provide the Court with a status update as to any issues that are resolved by agreement within 21 days of service of the draft motion by December 16, 2013.

Dated: December 16, 2013
       Fort Lauderdale, Florida

Respectfully submitted,

By: /s/ Farah Bridges
THOMAS G. AUBIN, ESQUIRE (FBN: 8060)
E-mail: taubin@stearnsweaver.com
FARAH BRIDGES, ESQUIRE (FBN: 56861)
E-mail: fbridges@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Tel: (954) 462-9500 / Facsimile: (954) 462-9567

*Attorneys for Jackson National Life Ins. Co.*

CASE NO. 12-CV-60597 COHN/SELTZER

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 16, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Farah Bridges
FARAH BRIDGES, ESQUIRE
Florida Bar No.: 56861
E-mail: fbridges@stearnsweaver.com

CASE NO. 12-CV-60597 COHN/SELTZER

## **SERVICE LIST**

Charles P. Randall, Esq.
chuck@cprattorney.com
8000 North Federal Highway, Suite 330
Boca Raton, Florida 33487
Telephone: (561) 750-5050
Facsimile: (561) 750-7272
*Attorneys for Plaintiff, Lisa Kowalski*
Service Via: CM/ECF

Joshua A. Hajek, Esq.
Cohen & Grigsby, P.A.
JHajek@cohenlaw.com
9110 Strada Place, Suite 6200
Naples, Florida 34108
Telephone: (239) 444-1832
Direct Fax: (239) 213-4071
Firm Fax: (239) 390-1901
*Attorneys for Barbara Wilson as Personal Representative
of the Estate of Florence P. Kowalski*
Service Via: CM/ECF

#3258037 v1