IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

LISA KOWALSKI,
 a Florida Resident                    CASE NO.: 12-60597-CIV-COHN-SELTZER

    Plaintiff/Counterdefendant,

v.

JACKSON NATIONAL LIFE
 INSURANCE COMPANY,
 a Michigan Corporation,

    Defendant/Counterplaintiff/
    Third-Party Plaintiff,

v.

BARBARA WILSON ASPERSONAL
REPRESENTATIVE OF THE ESTATE OF
FLORENCE P. KOWALSKI,

    Third-Party Defendant.
_____/

## KOWALSKI'S UNOPPOSED MOTION TO EXCEED ALLOWED PAGES

Plaintiff, Lisa Kowalski ("Kowalski"), pursuant to Local Rule 7.1 (c) (2), requests permission to exceed the twenty (20) page limitation in her Response to JACKSON'S VERIFIED MOTION FOR ATTORNEYS' FEES AND TO TAX COSTS [DE 220] by not more than five (5) additional pages. This request is being made in good faith and is necessitated by, among other things, Jackson's premature filing of the VERIFIED MOTION in violation of the twenty-one (21) day review period provided by Local Rule 7.3 (a) and (b). Jackson has agreed to the granting of this Motion. Kowalski's Reply is due on or before December 20, 2013.

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following users:

|  |  |
|---|---|
| Joshua A. Hajek | Thomas G. Aubin |
| Attorneys for Wilson | Farah Bridges |
| COHEN & GRIGSBY, P.C. | Attorneys for Jackson National |
| 9110 Strada Place | STEARNS WEAVER MILLER |
| Suite 6200 | WEISSLER ALHADEFF & SITTERSON |
| Naples, FL   34108 | 200 East Las Olas Blvd., Suite 2100 |
|  | Ft. Lauderdale, FL 33301 |

By: */s/ Charles P. Randall*
Charles P. Randall
Attorney for Lisa Kowalski
8000 N. Federal Hwy., #330
Boca Raton, Fl. 33487
Tel: (561) 750-5050
Fax: (561) 750-7272
FBN 651559

KowalskiRequest12.18.13