IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

LISA KOWALSKI,
 a Florida Resident                                   CASE NO.: 12-60597-CIV-COHN-SELTZER

       Plaintiff/Counterdefendant,

v.

JACKSON NATIONAL LIFE
 INSURANCE COMPANY,
 a Michigan Corporation,

       Defendant/Counterplaintiff/
       Third-Party Plaintiff,

v.

BARBARA WILSON AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
FLORENCE P. KOWALSKI,

       Third-Party Defendant.
_____/

## KOWALSKI'S REQUEST FOR ORAL ARGUMENT

       Plaintiff, Lisa Kowalski, requests oral argument on Jackson's Verified Motion For Attorneys' Fees And To Tax Costs and on her Motion To Determine entitlement To Attorneys' Fees Prior To Submission On Issue Of Amount Pursuant To Local Rule 7.3(a). Oral argument will assist the Court in understanding the issues involved in this matter of first impression.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following users:

| | |
|---|---|
| Joshua A. Hajek | Thomas G. Aubin |
| Attorneys for Wilson | Farah Bridges |
| COHEN & GRIGSBY, P.C. | Attorneys for Jackson National |
| 9110 Strada Place | STEARNS WEAVER MILLER |
| Suite 6200 | WEISSLER ALHADEFF & SITTERSON |
| Naples, FL   34108 | 200 East Las Olas Blvd., Suite 2100 |
| | Ft. Lauderdale, FL 33301 |

By: */s/ Charles P. Randall*
Charles P. Randall
Attorney for Lisa Kowalski
523 N.E. 47th St.
Boca Raton, Fl. 33431
Tel: (561) 750-5050
Fax: (561) 750-7272
FBN 651559